SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

---

KUMIKO HASEGAWA

        Plaintiff,

- vs -

HIROYOSHI HASEGAWA, SAM SUZUKI,
SATOKO SUZUKI, TOMONARI NOMURA
and NOMURA SUZUKI PROPERTIES, LTD.

        Defendant.

Index No: 12615/96

**AMENDED
SUMMONS**

Plaintiff resides in
Scarsdale, New York

This action is brought in the County of Westchester because said County is the County where the Plaintiff resides.

---

### ACTION FOR A DIVORCE AND FRAUD

To the Defendant:

    YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's Attorney an answer to the complaint in this action within twenty days after the service of this summons, exclusive of the day of service, or within thirty days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: September 14, 1998

                              Yours, etc,

                              ANTHONY J. PIRROTTI
                              PIRROTTI & PIRROTTI
                              Attorney for Plaintiff
                              501 Ashford Avenue
                              Ardsley, NY 10502
                              693-8000

Page 1

TIPS-107

PIRROTTI & PIRROTTI, ESQS.
501 Ashford Avenue
Ardsley, New York 10502
(914) 693-8000