```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
```

In re:
                                            Case No. 98-B-49189 (SMB)
NOMURA SUZUKI PROPERTIES, LTD.
                                            Chapter 11

       Debtor,

```
---------------------------------X
```

KUMIKO HASEGAWA,

       Plaintiff,            Adv. Proc. No. 98-9458A

     v.                         **NOTICE PURSUANT TO**
                                          **BANKRUPTCY RULE 9027(e)(3)**
HIROYOSHI HASEGAWA, SAM SUZUKI,
SATOKO SUZUKI, TOMONARI NOMURA
NOMURA SUZUKI PROPERTIES, LTD.,

       Defendants.

```
---------------------------------X
```

       PLEASE TAKE NOTICE, that Hiroyoshi Hasegawa, a defendant in the above-captioned adversary proceeding, which has been removed to the United States Bankruptcy Court for the Southern District of New York pursuant to a Notice of Removal filed by defendant Nomura Suzuki Properties, Ltd. on December 28, 1998, hereby, by his attorneys Sankel, Skurman & McCartin, LLP, denies that the removed claim or cause of action is a core proceeding, and hereby objects to the entry of any final orders

or judgments by the Bankruptcy Judge in connection with this adversary proceeding.

Dated: New York, New York
      January 7, 1999

                        SANKEL, SKURMAN & MCCARTIN, LLP
                        Attorneys for Hiroyoshi Hasegawa

                        By: s/CLAUDIO DESSBERG
                            CLAUDIO DESSBERG (SS # 0873)
                        750 Third Avenue
                        New York, New York 10017
                        (212) 682-2288

TO:

Salomon Green & Ostrow, P.C.
919 Third Avenue
New York, New York 10022
Attn: David Green, Esq.
Attorneys for Debtor

Office of the United States Trustee
80 Broad Street
New York, New York 10007

Pirrotti & Pirrotti
501 Ashford Avenue
Ardsley, New York 10502
Attn: Anthony J. Pirrotti, Esq.
Attorney for Kumiko Hasegawa

Gravbard, Mollen & Miller
600 Third Avenue
New York, New York 10016
(212) 818-8720
Attorneys for Nomura Suzuki Properties, Ltd.,
Isamu Sam Suzuki, Tomonari Nomura and
Satoko Suzuki

Matthew Dontzin, Esq.
6 East 81st Street
New York, New York 10028
Attorney for Nomura Suzuki Properties, Ltd.,
Isamu Sam Suzuki, Tomonari Nomura and
Satoko Suzuki

h\hasegawa\bankr.not