| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **FINAL DOCUMENT CLOSING<br>ADVERSARY PROCEEDING** |

```
-------------------------------X
In re:                          :
                                :
NOMURA SUZUKI PROPERTIES,       :
LTD.,                           :   Case No. 98 B 49189 (SMB)
                                :
            Debtor.             :
-------------------------------X
KUMIKO HASEGAWA,                :
                                :
            Plaintiff,          :
                                :
            --against-          :   A. P. # 98-9458A
                                :
HIROYOSHI HASEGAWA, et al.,     :
                                :
            Defendants.         :
-------------------------------X
```

**ORDER CLOSING ADVERSARY PROCEEDING**

The court having dismissed the subject bankruptcy case by order dated April 20, 1999, and the clerk having closed the case on November 16, 1999, it is hereby

ORDERED that the clerk close the above-captioned adversary proceeding.

Dated:   New York, New York
         May 25, 2000

                                    /s/ *Stuart M. Bernstein*
                                    STUART M. BERNSTEIN
                                    Chief United States Bankruptcy Judge

H:\ORDERS\hasegawa.closingap.wpd